

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00357-CV

**SUPERIUM COFFEE WAREHOUSE, LLC**,
Appellant

v.

**AB LENDING SPV I, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-08854
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting:   Rebeca C. Martinez, Chief Justice
           H. Todd McCray, Justice
           Velia J. Meza, Justice

Delivered and Filed: September 24, 2025

DISMISSED WITHOUT PREJUDICE

On August 11, 2025, this court issued a show cause order directing appellant to file its overdue appellant's brief by August 22, 2025, along with a written response explaining its failure to file a timely brief. On August 20, 2025, appellant filed a motion to withdraw its notice of appeal and dismiss this appeal. After consideration, the court GRANTS appellant's motion, and DISMISSES this interlocutory appeal WITHOUT PREJUDICE.

                                        PER CURIAM